**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 91-cv-01153-LTB

U.S. ENERGY CORP., a Wyoming corporation, and
CRESTED CORP., a Colorado corporation, d/b/a USE/CC, a joint venture,

      Plaintiffs,

v.

NUKEM, INC., a New York corporation and
CYCLE RESOURCE INVESTMENT CORPORATION, a Delaware corporation,

      Defendants.
_____

**ORDER**
_____

This case is before me, *sua sponte* for review. The Court notes that pursuant to Defendants' Case Status Report filed May 1, 2007 (Doc 751), all matters have been settled and that this matter should be closed. Accordingly

IT IS ORDERED that this matter is DISMISSED.

                              BY THE COURT:

                                 s/Lewis T. Babcock
                               Lewis T. Babcock, Judge

Dated: March 28, 2008